**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

DANIEL MILLER, STANLEY C. GOLON,
JEFFREY MEDINA, JEROME MAY,
DAMON WILSON, and all others who are
similarly situated,

                        Plaintiffs,                               **JUDGMENT**

          - against -                                        CV-06-4347 (ADS)

COUNTY OF NASSAU, THOMAS SUOZZI,
COUNTY EXECUTIVE; KATHLEEN M.
RICE, DISTRICT ATTORNEY; AND HON.
ANTHONY MARANO, CHIEF
ADMINISTRATIVE JUDGE,

                        Defendants.

-------------------------------------------------------------X

      An Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on December 12, 2006 granting defendants' motion to dismiss the complaint, and dismissing the claims against all defendants with prejudice, it is

      **ORDERED AND ADJUDGED** that plaintiffs take nothing of defendants; and that the complaint is dismissed with prejudice.


Dated: Central Islip, New York
           December 12, 2006

                                                          ROBERT C. HEINEMANN
                                                          CLERK OF THE COURT

                                         BY:    /S/ LORRAINE SAPIENZA
                                                           DEPUTY CLERK